1  DAVID E. BOYD (State Bar No. 70238)
   BETSY S. KIMBALL (State Bar No. 66420)
2  BOYD & KIMBALL, LLP
   601 UNIVERSITY AVENUE, SUITE 264
3  SACRAMENTO, CA 95825
   TELEPHONE: (916) 927-0700
4  FACSIMILE:   (916) 927-0701

5  **Attorneys for Defendants OLEN COLE,**
   **CAROLYN COLE and COLE SERVICES, INC.**
6  **and Counter-claimants OLEN COLE and**
   **COLE SERVICES, INC.**

7
   GARY S. KESSLER (Texas Bar No. 11358200)
8  HOWARD C. RUBIN (Texas Bar No. 17361400
   KESSLER COLLINS, P.C.
9  5950 SHERRY LANE, SUITE 222
   DALLAS, TX 75225
10 TELEPHONE: (214) 379-0722
   FACSIMILE:   (214) 373-4714

11
   EDMUND G. FARRELL (SBN 111042)
12 MURCHISON & CUMMING
   801 South Grand Avenue, 9th Floor
13 Los Angeles, CA 90017
   TELEPHONE: (213) 623-7400
14 FACSIMILE:   (213) 623-6336

15 **Attorneys for Plaintiffs WALTER L. COLE, DENNESE**
   **COLE, WORLDWIDE AIRCRAFT MOVEMENTS, LTD,**
16 **and Counter-Defendant, WALTER L. COLE**

17              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
18

19 WALTER L. COLE, an individual; DENNESE       Case No. CIV S-04-333 DFL DAD
   COLE, an individual; WALTER COLE AND
   DENNESE COLE, husband and wife, and          **STIPULATION OF DISMISSAL**
20 WORLDWIDE AIRCRAFT MOVEMENT, LTD.            **PURSUANT TO RULE 41, FEDERAL**
                                                **RULES OF CIVIL PROCEDURE AND**
21              Plaintiffs,                      **ORDER THEREON**

22 vs.
                                                Judge: David F. Levi
23 OLEN COLE, an individual; CAROLYN COLE,
   an individual; OLEN COLE AND COLE,
24 husband and wife; OLEN AND CAROLYN
   COLE, as individuals and as Officers and
25 Directors of Cole Services, Inc., a Nevada
   Corporation; COLE SERVICES, INC., a
26 Nevada Corporation; DOES 1-10, individuals;
   and DOES 11-20, entities.

27
                Defendants.                /
28 And Related Counterclaim.
                                           /

1

**STIPULATION**

2      The parties in this lawsuit, plaintiff/counter-defendant Walter Cole, Dennese

3  Cole, husband and wife, Worldwide Aircraft Movement, Ltd., and defendants/counter-

4  claimants Olen Cole, Carolyn Cole, Olen and Carolyn Cole, husband and wife, and

5  Cole Services, Inc., through the signatures of their counsel and the parties on this

6  Stipulation, stipulate to dismiss this action, both the original claims asserted by Plaintiffs

7  and counterclaims asserted by Defendants, with prejudice, according to the terms of

8  the Settlement Agreement and Mutual General Release between the parties dated as

9  of April 26, 2005, as permitted by Rule 41(a)(1)(ii) of the Federal Rules of Civil

10  Procedure  with each party bearing its own attorneys' fees and costs of court.

11  Dated this <u>14th</u> day of <u>November</u>, 2005

12                                     Respectfully submitted,

13                                     KESSLER & COLLINS, P.C.

14

15                                       /s/Howard C. Rubin
                              By:_____
16                                     HOWARD C. RUBIN

17                                     *Attorneys for Plaintiffs and Counter
                                      Defendant*

18

19                                     BOYD & KIMBALL, LLP

20                                     /s/David E. Boyd

21                              By:_____
                                      DAVID E. BOYD
22
                                      *Attorneys for Defendants and Counter-
23                                     Claimants*

24

25

26

27

28

1

**PLAINTIFFS AND COUNTER-DEFENDANT**

2

3    Dated: <u>November 11</u>, 2005

/s/ Walter Cole
_____
WALTER L. COLE, an individual

4

5

6    Dated: <u>November 11</u>, 2005

/s/Dennese Cole
_____
DENNESE COLE, an individual

7

8

9                                                    WALTER COLE AND DENNESE
                                                     COLE, Husband and Wife
10

11                                                   /s/Walter Cole
                                                     /s/Dennese Cole
12   Dated: <u>November 11</u>, 2005        By:_____

13

14
                                                     WORLDWIDE AIRCRAFT
15                                                   MOVEMENT, LTD.

16

17   Dated: <u>November 11</u>, 2005        By:_____

/s/Walter Cole
WALTER COLE

18

19

20

21

22

23

24

25

26

27

28

1
## DEFENDANTS AND COUNTER-CLAIMANTS

2

3      Dated: _____NOV   8_____, 2005
                                            /s/Olen Cole
4                                           _____
                                            OLEN COLE, an individual

5                                           /s/Carolyn Cole
       Dated: _____NOV   8_____, 2005
6                                           _____
                                            CAROLYN COLE, an individual

7

8                                           OLEN COLE AND CAROLYN COLE,
                                            Husband and Wife
9

10                                          /s/Olen Cole
                                            /s/Carolyn Cole
11     Dated: _____NOV   8_____, 2005   By:_____

12

13

14                                          COLE SERVICES, INC., a Nevada
                                            Corporation
15

16                                          /s/Olen Cole
       Dated: _____NOV   8_____, 2005   By:_____
17                                          OLEN COLE

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court reviewed the Stipulation set forth above.  Good cause appearing,

IT IS ORDERED that:

1.      This case is dismissed with prejudice; and

2.      Each party is to bear its own attorneys' fees and costs, as provided for in

the Settlement Agreement and Mutual General Release.

_____
DAVID F. LEVI
Chief United States District Judge